# UNITED STATES DISTRICT COURT

**District of Kansas**

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 24-CR-10014-01-03-JWB**

**JONATHAN GUTIERREZ-DIAZ**
**RICHARD ORAL MATHIE, and**
**EURIAL TALAVERA,**

**Defendants.**

# FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,**
**A CONTROLLED SUBSTANCE -- Fentanyl**
**[21 U.S.C. § 841(a)(1)]**

On or about January 31, 2024, in the District of Kansas, the defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**RICHARD ORAL MATHIE, and**
**EURIAL TALAVERA,**

did knowingly and intentionally possess, with the intent to distribute, a mixture or substance (approximately 160,000 pills) containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL.

February 21, 2024
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Matt Treaster
Matt Treaster
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt. treaster@usdoj.gov
Ks. S. Ct. No. 17473

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

**PENALTIES**

**Count 1:** **21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**[Possession of Fentanyl with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C)
- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

If the defendant commits such a violation after a prior conviction for a felony drug Offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.