**UNITED STATES DISTRICT COURT**
**District of Kansas**
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 6:24-cr-10014-JWB-1-13**

**JONATHAN GUTIERREZ-DIAZ,** **FILED UNDER SEAL**
**RICHARD ORAL MATHIE,**
**EURIEL TALAVERA,**
**ARON GARCIA-CAMPA,**
**EMMANUEL CLARK-AMAYA,**
**JOE LOUIS WASHINGTON,**
**ALEXIS ORTEGA-RAMOS,**
**DOMINITRIX M. JONES,**
**BREILI OSMANI SERMENO-HERNANDEZ,**
**SHELAN D. PETERS,**
**JERMEL L. GOINES,**
**HEIU "KEVIN" NGUYEN, and**
**ALONSO PACHECO-TABULLO,**

**Defendants.**

# SEALED SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DRUG CONSPIRACY**
**FENTANYL**
**[21 U.S.C. § 846]**

Beginning on a date unknown and continuing through on or about February 21,

2024, in the District of Kansas, and elsewhere,

**JONATHAN GUTIERREZ-DIAZ,**
**RICHARD ORAL MATHIE,**
**EURIEL TALAVERA,**
**EMMANUEL CLARK-AMAYA**
**JOE LOUIS WASHINGTON,**
**ALEXIS ORTEGA-RAMOS**
**DOMINITRIX M. JONES**
**SHELAN D. PETERS, and**
**JERMEL L. GOINES,**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit one or more of the following offenses against the United States: (1) Possession of Fentanyl with the Intent to Distribute (in violation of Title 21, United States Code, Section 841); (2) Maintaining a Drug Involved Premises (in violation of Title 21, United States Code, Section 856); and (3) Use of a Telephone and Wire Communication to Commit a Felony Drug Offense (in violation of Title 21, United States Code, Section 843(b)), and the amount of Fentanyl each defendant distributed, or possessed with the intent to distribute, which included the reasonably foreseeable conduct of other members of the conspiracy, was:

| DEFENDANT | QUANTITY OF FENTANYL |
|---|---|
| **JONATHAN GUTIERREZ-DIAZ** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |
| **RICHARD ORAL MATHIE** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |

| DEFENDANT | QUANTITY OF FENTANYL |
|---|---|
| **EURIEL TALAVERA** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |
| **EMMANUEL CLARK-AMAYA** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |
| **JOE LOUIS WASHINGTON** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |
| **ALEXIS ORTEGA-RAMOS** | 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |
| **DOMINITRIX JONES** | 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi). |
| **SHELAN D. PETERS** | 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi). |
| **JERMEL L. GOINES** | 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi). |

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

**DRUG CONSPIRACY**
**METHAMPHETAMINE**
**[21 U.S.C. § 846]**

Beginning on a date unknown and continuing through on or about February 21,

2024, in the District of Kansas, and elsewhere,

**JONATHAN GUTIERREZ-DIAZ,**
**EURIEL TALAVERA,**
**ARON GARCIA-CAMPA,**
**JOE LOUIS WASHINGTON,**
**ALEXIS ORTEGA-RAMOS,**
**BREILI OSMANI SERMENO-HERNANDEZ, and**
**HEIU "KEVIN" NGUYEN,**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit one or more of the following offenses against the United States: (1) Possession of Methamphetamine with the Intent to Distribute (in violation of Title 21, United States Code, Section 841); and (2) Maintaining a Drug Involved Premises (in violation of Title 21, United States Code, Section 856), and (3) Use of a Telephone and Wire Communication to Commit a Felony Drug Offense (in violation of Title 21, United States Code, Section 843(b)), and the amount of Methamphetamine each defendant possessed with the intent to distribute, which included the reasonably foreseeable conduct of other members of the conspiracy, was:

| DEFENDANT | QUANTITY OF METHAMPHETAMINE |
|---|---|
| **JONATHAN GUTIERREZ-DIAZ** | 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **EURIEL TALAVERA** | 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **ARON GARCIA-CAMPA** | 500 grams or more of a mixture and substance containing a detectable amount of |

| DEFENDANT | QUANTITY OF METHAMPHETAMINE |
|---|---|
| | Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **JOE LOUIS WASHINGTON** | 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **ALEXIS ORTEGA-RAMOS** | 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **BREILI OSMANI SERMENO-HERNANDEZ** | 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| **HEIU "KEVIN" NGUYEN** | 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii). |

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

**POSSESSION OF FENTANYL**
**WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about June 29, 2023, in the District of Kansas, a defendant herein,

**DOMINITRIX M. JONES,**

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

**MAINTAINING A DRUG**
**INVOLVED PREMISES**
**[21 U.S.C. § 856(a)(1)]**

On or about June 29, 2023, in the District of Kansas, a defendant herein,

**DOMINITRIX M. JONES,**

did unlawfully and knowingly use and maintain a place located at 831 South Apache, Wichita, Kansas, whether permanently or temporarily, for the purpose of distributing and using any controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 5

**DISTRIBUTION OF FENTANYL**
**[21 U.S.C. § 841]**

On or about August 24, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about August 24, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 5 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 7

**DISTRIBUTION OF COCAINE**
**[21 U.S.C. § 841]**

On or about August 27, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

did knowingly and intentionally a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about August 27, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of cocaine, as set forth in Count 7 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 9

**DISTRIBUTION OF FLUOROFENTANYL**
**[21 U.S.C. § 841]**

On or about September 6, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of Fluorofentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 10

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about September 6, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of Fluorofentanyl, as set forth in Count 9 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 11

**DISTRIBUTION OF COCAINE**
**[21 U.S.C. § 841]**

On or about September 20, 2023, in the District of Kansas, defendant,

**JONATHAN GUTIERREZ-DIAZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

**USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING CRIME [21 U.S.C. § 843(b)]**

On or about September 20, 2023, in the District of Kansas, defendant,

**JONATHAN GUTIERREZ-DIAZ,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of cocaine, as set forth in Count 11 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 13

**DISTRIBUTION OF FENTANYL [21 U.S.C. § 841]**

On or about October 10, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 14

**USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING CRIME [21 U.S.C. § 843(b)]**

On or about October 10, 2023, in the District of Kansas, a defendant herein,

**JONATHAN GUTIERREZ-DIAZ,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 13 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 15

**DISTRIBUTION OF FENTANYL [21 U.S.C. § 841]**

On or about October 19, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 16

**USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING CRIME [21 U.S.C. § 843(b)]**

On or about October 19, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 15 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 17

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about November 14, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 18

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about November 14, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of methamphetamine, as set forth in Count 17 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 19

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about November 29, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

defendants herein, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 20

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about November 29, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of methamphetamine, as set forth in Count 19 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 21

**DISTRIBUTION OF COCAINE**
**[21 U.S.C. § 841]**

On or about November 29, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**EURIEL TALAVERA,**
**ALEXIS ORTEGA-RAMOS, and**
**ALONSO PACHECO-TABULLO,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 22

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about November 29, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**EURIEL TALAVERA,**
**ALEXIS ORTEGA-RAMOS, and**
**ALONSO PACHECO-TABULLO,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of cocaine, as set forth in Count 21 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 23

**POSSESSION OF METHAMPHETAMINE**
**WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about December 9, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**ARON GARCIA-CAMPA, and**
**ALEXIS ORTEGA-RAMOS,**

defendants herein, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 24

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about December 9, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**ARON GARCIA-CAMPA, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly, and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of Fentanyl, as set forth in Count 23 of this Indictment.

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 25

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about December 12, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 26

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about December 12, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of methamphetamine, as set forth in Count 25 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 27

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about December 20, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 28

**USE OF A COMMUNICATION FACILITY TO**
**FACILITATE A DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about December 20, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**ALEXIS ORTEGA-RAMOS,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of methamphetamine, as set forth in Count 27 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 29

**POSSESSION OF METHAMPHETAMINE**
**WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about December 21, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**EURIEL TALAVERA,**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 30

**POSSESSION OF FENTANYL**
**WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about December 21, 2023, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**EURIEL TALAVERA,**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 31

**POSSESSION OF FENTANYL
WITH THE INTENT TO DISTRIBUTE
[21 U.S.C. § 841]**

On or about December 31, 2023, in the District of Kansas, defendants,

**EURIEL TALAVERA,
SHELAN D. PETERS, and
JERMEL L. GOINES,**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and 18 United States Code, Section 2.

## COUNT 32

**USE OF A COMMUNICATION FACILITY TO
FACILITATE A DRUG TRAFFICKING CRIME
[21 U.S.C. § 843(b)]**

On or about December 31, 2023, in the District of Kansas, defendants,

**EURIEL TALAVERA,
SHELAN D. PETERS, and
JERMEL L. GOINES,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 31 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and 18 United States Code, Section 2.

## COUNT 33

**USING AND CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)]**

On or about December 31, 2023, in the District of Kansas, defendants,

**SHELAN D. PETERS, and**
**JERMEL L. GOINES,**

did knowingly use and carry a firearm, that is, a Glock, Model 27, Semiautomatic, handgun, serial number BGBX95, during and in relation to any drug trafficking crime for which each may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 18 United States Code, Section 2.

## COUNT 34

**POSSESSION OF FENTANYL WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about January 24, 2024, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**EMMANUEL CLARK-AMAYA,**

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and 18 United States Code, Section 2.

## COUNT 35

**USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING CRIME [21 U.S.C. § 843(b)]**

On or about January 24, 2024, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ, and**
**EMMANUEL CLARK-AMAYA,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 34 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and 18 United States Code, Section 2.

## COUNT 36

**POSSESSION OF FENTANYL WITH THE INTENT TO DISTRIBUTE [21 U.S.C. § 841]**

On or about January 31, 2024, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,**
**RICHARD ORAL MATHIE, and**
**EURIEL TALAVERA,**

did knowingly and intentionally possess, with the intent to distribute, a mixture or substance (approximately 160,000 pills) containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) and Title 18, United States Code, Section 2.

## COUNT 37

**USE OF A COMMUNICATION FACILITY TO
FACILITATE A DRUG TRAFFICKING CRIME
[21 U.S.C. § 843(b)]**

On or about January 31, 2024, in the District of Kansas, defendants,

**JONATHAN GUTIERREZ-DIAZ,
RICHARD ORAL MATHIE, and
EURIEL TALAVERA,**

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing, and facilitating the distribution of fentanyl, as set forth in Count 36 of this Indictment.

In violation of Title 21, United States Code, Section 843(b), and 18 United States Code, Section 2.

## COUNT 38

**MAINTAINING A DRUG
INVOLVED PREMISES
[21 U.S.C. § 856(a)(1)]**

On or about February 21, 2024, in the District of Kansas, a defendant herein,

**EURIEL TALAVERA,**

did unlawfully and knowingly use and maintain a place located at 2428 Jeannette, Wichita, Kansas, whether permanently or temporarily, for the purpose of distributing and using any controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

**FORFEITURE NOTICE**

1. The allegations contained in Counts 1 through 38 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Counts 1-2, 5-22, 24-28, 32, 35, and 37-38, defendants,

**JONATHAN GUTIERREZ-DIAZ (**Counts 1-2, 5-22, 24-28, 35, 37);
**RICHARD ORAL MATHIE** (Counts 1, 36-37);
**EURIEL TALAVERA** (Counts 1-2, 21-22, 32, 37-38);
**ALEXIS ORTEGA-RAMOS** (Counts 1-2, 9-10, 15-22, 24-28);
**ARON GARCIA-CAMPA** (Counts 2, 24);
**JOE LOUIS WASHINGTON** (Counts 1-2);
**EMMANUEL CLARK-AMAYA** (Counts 1, 35);
**SHELAN D. PETERS** (Counts 1, 32);
**JERMEL L. GOINES** (Counts 1, 32);
**HEIU "KEVIN" NGUYEN** (Count 2);
**BREILI OSMANI SERMENO-HERNANDEZ** (Count 2);
**ALONSO PACHECO-TABULLO** (Counts 21-22); and
**DOMINITRIX M. JONE** (Counts 1, 4),

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as

the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

A. The real property located at 2428 North Jeanette, Wichita, Kansas, more particularly described as Lots (25) Twenty-Five and (27) Twenty-Seven Block (7) Seven, MASCOT Addition To Wichita, Sedgwick County, Kansas (2428 Jeanette, 67204);

B. 2020 Dodge Charger, VIN: 2C3CDXGJ2LH148194;

C. 2019 Ford Escape, VIN: 1FMCU9GD7KUB0904;

D. 2017 Mercedes C-Class, VIN: 55SWF8HB4HU205278;

E. "YFN Plugged In" pendant;

F. a Glock, Model 27, Semiautomatic, handgun, serial number BGBX95;

G. any accompanying ammunition;

H. approximately $5,760.00 seized from Dominitrix Jones on August 23, 2023;

I. approximately $4,613.00 seized from Jaderien Abagayle on August 23, 2023; and

J. A forfeiture money judgment against each defendant in an amount equal to the amount of gross proceeds obtained or derived by that defendant.

3. Upon conviction of one or more of the offenses set forth in Counts 1-38 of this Second Superseding Indictment, the defendants

**JONATHAN GUTIERREZ-DIAZ,**
**RICHARD ORAL MATHIE,**
**EURIEL TALAVERA,**
**ALEXIS ORTEGA-RAMOS,**
**ARON GARCIA-CAMPA,**
**JOE LOUIS WASHINGTON,**
**EMMANUEL CLARK-AMAYA,**
**SHELAN D. PETERS,**

**JERMEL L. GOINES,**
**HEIU "KEVIN" NGUYEN,**
**BREILI OSMANI SERMENO-HERNANDEZ,**
**ALONSO PACHECO-TABULLO,**
**DOMINITRIX M. JONES**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

A. a Glock, Model 27, Semiautomatic, handgun, serial number BGBX95; and

B. any accompanying ammunition.

4. If any of the property described above, as a result of any act or omission of the defendants:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third party;

C. has been placed beyond the jurisdiction of the court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

May 14, 2024
DATE

s/Foreperson
FOREPERSONOF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

By: /s/ Molly Gordon
Molly Gordon
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Count 1:**
**[Fentanyl Conspiracy]**

If the defendant is responsible for 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi):

- Punishable by a term of imprisonment of not less than ten (10) years and up to Life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of not less than five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant is responsible for 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi):

- Punishable by a term of imprisonment of not less than five (5) years and not more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).
- A term of supervised release of not less than four (4) years. 21 U.S.C. § 841(b)(1)(B).
- A fine not to exceed $5,000,000. 21 U.S.C. § 841(b)(1)(B).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2:**
**[Methamphetamine Conspiracy]**

- Punishable by a term of imprisonment of not less than ten (10) years and up to Life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of not less than five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant is responsible for 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii):

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).
- A term of supervised release of at least four (4) years. 21 U.S.C. § 841(b)(1)(B).
- A fine not to exceed $5 million. 21 U.S.C. § 841(b)(1)(B).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Counts 3, 7, 11, 21**
**[Attempt/Distribution/Possession With the Intent to Distribute Controlled Substances]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of not less than three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1,000,000. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Counts 4 and 38:**
**[Maintaining a Drug Involved Premises]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 856(b).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $500,000, or a fine of $2,000.000 for a person other than an individual. 21 U.S.C. § 856(b).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture. 21 USC 853(a)

**Counts 5, 9, 15, 19, 23, 25, 27, 29, 30, 34, 36:**
**[Possession with the Intent to Distribute Fentanyl and Possession with the Intent to Distribute Methamphetamine]**

- Punishable by a term of imprisonment of not less than ten (10) years and up to Life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of not less than five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 32, 35, 37:**
**[Use of a Communication Device to Facilitate a Controlled Substance Felony]**

- Punishable by a term of imprisonment of not more than four (4) years. 21 U.S.C. § 843(d)(1).
- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 13, 17, 31:**
**[Distribution - 21 U.S.C. § 841(a)(1) & (b)(1)(B)]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**<u>Count 33</u>:**
**[Possession of a Firearm in Furtherance of a Drug Trafficking Crime]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and no more than life, to run consecutively. 18 U.S.C. § 924(c)(1)(C)(i).
- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.